UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ASAD OMAR,　　　　　　　　　　　　　　　　　CIVIL NO. 15-3615 (SRN/JSM)

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　ORDER

JENNIEO TURKEY STORE, INC.,

    Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated September 22, 2015. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. This action is SUMMARILY DISMISSED WITHOUT PREJUDICE under § 1915(e)(2)(B).

2. Plaintiff Asad Omar's application to proceed *in forma pauperis* [Docket No. 2] is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 6, 2015

                                             s/Susan Richard Nelson
                                             SUSAN RICHARD NELSON
                                             United States District Court Judge