UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| ASAD OMAR, | Case No. 15-CV-3615 (SRN/JSM) |
| Plaintiff, | |
| v. | ORDER |
| JENNIEO TURKEY STORE INC., | |
| Defendant. | |

---

This matter is before the Court on the application of plaintiff Asad Omar for leave to proceed *in forma pauperis* ("IFP") on appeal. *See* Doc. No. 7. The Court has reviewed the information provided by Omar in his IFP application and finds that he qualifies financially for IFP status. Moreover, although the Court is quite satisfied that this action was properly dismissed — and although Omar did not object to the Report and Recommendation of Magistrate Judge Janie S. Mayeron recommending dismissal of this action — the Court cannot say that the issues raised by Omar's appeal are frivolous as the Supreme Court has defined that term. Accordingly, the Court grants Omar's application for IFP status on appeal. The Court notes, however, that Omar did not sign the notice of appeal as required by Rule 3 of the Federal Rules of Appellate Procedure and Rule 11(a) of the Federal Rules of Civil Procedure, and thus Omar may be required to file an amended notice of appeal bearing his signature in order to properly initiate his appeal. *See Becker v. Montgomery*, 532 U.S. 757 (2001).

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED that the application to proceed *in forma pauperis* on appeal of plaintiff Asad Omar [Doc. No. 7] is GRANTED.

Dated: December 3, 2015                             s/Susan Richard Nelson
                                                    SUSAN RICHARD NELSON
                                                    United States District Judge